IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JUDY BOWDEN, | ) |
| | ) |
| Plaintiff, | ) 1:16-cv-00513-LJM-DML |
| | ) |
| v. | ) Judge McKinney |
| | ) Magistrate Judge Lynch |
| NEW BRITAIN FINANCIAL SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

NOW COMES the Plaintiff, JUDY BOWDEN, by and through her attorneys, SMITHMARCO, P.C., and for her Notice of Voluntary Dismissal, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses her case.

2. The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3. Plaintiff requests that this case be dismissed without prejudice.

    Respectfully submitted,
    **JUDY BOWDEN**

    By:   s/ David M. Marco
         Attorney for Plaintiff

Dated: October 21, 2016

David M. Marco (Atty. No.: 6273315)
SMITHMARCO, P.C.
20 South Clark Street, Suite 2120
Chicago, IL 60603
Telephone:     (312) 546-6539
Facsimile:     (888) 418-1277
E-Mail:        dmarco@smithmarco.com